UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47395
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for American Honda Finance Corporation, administrator for Honda Lease Trust

**Order Filed on January 3, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

JUNGSOOK SEO

Case No.: 18-12576

Adv. No.:

Hearing Date: 11-14-18

Judge:  SLM

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 3, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Jungsook Seo**
**18-12576(SLM)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq, attorney for American Honda Finance Corporation, administrator for Honda Lease Trust, with the appearance of John Alian, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtor, her attorney and the non-filing co-debtor, David Seo under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation is the administrator for Honda Lease Trust, the owner and lessor of a 2016 Honda CR-V bearing vehicle identification number 5J6RM4H73GL022601 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. Commencing with the 11-7-18 lease payment, the debtor shall make all lease payments to American Honda Finance Corporation, administrator for Honda Lease Trust when due, being the 7th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation, administrator for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, her attorney and the non-filing co-debtor, David Seo.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation, administrator for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor, her attorney, and the non-filing co-debtor, David Seo.

4. The debtor shall pay to American Honda Finance Corporation, administrator for Honda Lease Trust through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, American Honda Finance Corporation, administrator for Honda Lease Trust <u>shall receive immediate stay relief and co-debtor stay relief without any application to the Court or notice to the debtor, her attorney and the non-filing co-debtor, David Seo, and shall be permitted to immediately repossess and sell the vehicle.</u>

United States Bankruptcy Court
District of New Jersey

In re:  
JUNGSOOK SEO  
       Debtor

Case No. 18-12576-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 04, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.  
db          JUNGSOOK SEO,    224 8th St,    Fairview, NJ   07022-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jill Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1 bankruptcy@feinsuch.com  
         John H. Anlian    on behalf of Debtor JUNGSOOK   SEO johnanlian@yahoo.com, G25748@notify.cincompass.com  
         John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator for Honda Lease Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                         TOTAL: 7