**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−12576−SLM | **DATE FILED::** 2/9/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>JUNGSOOK SEO<br>aka MACK RAE SEO<br>xxx−xx−4768 | ADDRESS OF DEBTOR(S):<br><br>224 8th St<br>Fairview, NJ 07022−1304 |
| DEBTOR'S ATTORNEY:<br>John H. Anlian<br>187 Anderson Avenue<br>Fairview, NJ 07022<br><br>(201) 943−1110 | TRUSTEE:<br>Jay L. Lubetkin<br>Rabinowitz, Lubetkin & Tully, L.L.C.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039<br>973−597−9100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/8/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: May 13, 2019                                              FOR THE COURT
                                                                             Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                         Case No. 18-12576-SLM
JUNGSOOK SEO                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: May 13, 2019
                              Form ID: noa             Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db              JUNGSOOK SEO,    224 8th St,    Fairview, NJ  07022-1304
aty            +Friedman Vartolo, LLP,    1325 Franklin Avenue,    Ste. 230,   Garden City, NY 11530-1631
cr             +American Honda Finance Corporation, administrator,    P.O. Box 168088,   Irving, TX 75016-8088
cr             +Fay Servicing, LLC,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230,
                 Garden City, NY 11530-1631
517324921       BLMDSNB,    9111 Duke Blvd,    Mason, OH  45040-8999
517430569      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517984497       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517464863      +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX  75006-3357
517324922      +Fein Such Kahn & Shepard, PC Law Firm,    7 Century Dr,    Parsippany, NJ 07054-4609
517364485      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,   Lewiston, ME 04243-9507
517340423      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517324927       WILMINGTON TRUST, NATIONAL ASSOCIATION,    c/o Fay Servicing,,    3000 Kellway Dr Ste 150,
                 Carrollton, TX  75006-3357
517324923       santander bank na,    PO Box 12646,    Reading, PA  19612-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517330126       EDI: HNDA.COM May 14 2019 03:23:00     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518193805       EDI: PRA.COM May 14 2019 03:23:00     PORFOLIO RECOVERY ASSOCIATES, LLC,    PO BOXX 41067,
                 NORFOLK, VA  23541-1067
517464665       EDI: PRA.COM May 14 2019 03:23:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517324924       EDI: TDBANKNORTH.COM May 14 2019 03:23:00     TD BANK NA,    70 Gray Rd,
                 Portland, ME  04105-2019
517324925       EDI: TFSR.COM May 14 2019 03:23:00     Toyota Motor Credit Corpo,    PO Box 9786,
                 Cedar Rapids, IA  52409-0004
517324926       EDI: IRS.COM May 14 2019 03:23:00     US INTERNAL REVENUE SERVICE,    PO Box 804527,
                 Cincinnati, OH  45280-4527
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518193806*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   AMERICAN HONDA FINANCE CORP,    NATIONAL BANKRUPTCY CENTER,
                 PO BOX 168088,    IRVING, TX 75016-8088)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 13, 2019
                              Form ID: noa             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
          Jill  Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
           NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
           2015-1 bankruptcy@feinsuch.com
          John H. Anlian    on behalf of Debtor JUNGSOOK  SEO johnanlian@yahoo.com,
           G25748@notify.cincompass.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
           for Honda Lease Trust ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
           NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
           2015-1 bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 11