UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 18-12576 (SLM) |
|---|---|
| SEO, JUNGSOOK | Chapter: 7 |
| | Judge: STACEY L. MEISEL |

## NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK  Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable STACEY L. MEISEL on June 25, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 224 8th Street<br>Fairview, NJ 07022-1304<br><br>Current Market Value: $650,000.00 |
|---|---|

| Liens on property: | $616,000.00 |
|---|---|

| Amount of equity claimed as exempt: | $23,675.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
|---|---|
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin  POSITION: Chapter 7 Trustee  PHONE: (973)597-9100 |
| DATED: | May 20, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12576-SLM
JUNGSOOK SEO                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: May 20, 2019
                             Form ID: pdf905       Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db              JUNGSOOK SEO,    224 8th St,    Fairview, NJ  07022-1304
aty            +Friedman Vartolo, LLP,    1325 Franklin Avenue,    Ste. 230,    Garden City, NY 11530-1631
cr             +American Honda Finance Corporation, administrator,    P.O. Box 168088,    Irving, TX 75016-8088
cr             +Fay Servicing, LLC,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230,
                Garden City, NY 11530-1631
517324921       BLMDSNB,    9111 Duke Blvd,    Mason, OH  45040-8999
517430569      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
517984497       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517464863      +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                Carrollton, TX 75006-3357
517324922      +Fein Such Kahn & Shepard, PC Law Firm,    7 Century Dr,    Parsippany, NJ 07054-4609
517364485      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517340423      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517324925       Toyota Motor Credit Corpo,    PO Box 9786,    Cedar Rapids, IA  52409-0004
517324927       WILMINGTON TRUST, NATIONAL ASSOCIATION,    c/o Fay Servicing,,    3000 Kellway Dr Ste 150,
                Carrollton, TX  75006-3357
517324923       santander bank na,    PO Box 12646,    Reading, PA  19612-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 00:33:15      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 00:33:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517330126       E-mail/Text: ebnbankruptcy@ahm.honda.com May 21 2019 00:33:20
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
518193805       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 00:30:34
                PORFOLIO RECOVERY ASSOCIATES, LLC,    PO BOXX 41067,    NORFOLK, VA  23541-1067
517464665       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 00:30:34
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517324924       E-mail/Text: bankruptcy@td.com May 21 2019 00:33:17      TD BANK NA,    70 Gray Rd,
                Portland, ME  04105-2019
517324926       E-mail/Text: cio.bncmail@irs.gov May 21 2019 00:32:44      US INTERNAL REVENUE SERVICE,
                PO Box 804527,    Cincinnati, OH  45280-4527
                                                                                    TOTAL: 7


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518193806*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:  AMERICAN HONDA FINANCE CORP,    NATIONAL BANKRUPTCY CENTER,
                PO BOX 168088,    IRVING, TX 75016-8088)
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin           Page 2 of 2          Date Rcvd: May 20, 2019
                             Form ID: pdf905        Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Jay L. Lubetkin   jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
        rgaydos@rltlawfirm.com
        Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
        NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Jill Manzo   on behalf of Creditor   FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
        NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
        2015-1 bankruptcy@feinsuch.com
        John H. Anlian   on behalf of Debtor JUNGSOOK  SEO johnanlian@yahoo.com,
        G25748@notify.cincompass.com
        John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation, administrator
        for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Jonathan C. Schwalb   on behalf of Creditor   FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
        NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
        2015-1 bankruptcy@friedmanvartolo.com
        Jonathan C. Schwalb   on behalf of Creditor   Fay Servicing, LLC bankruptcy@friedmanvartolo.com
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                   TOTAL: 11