Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

       Case No.:  18–12576–SLM
       Chapter:  7
       Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  JUNGSOOK SEO
  aka MACK RAE SEO
  224 8th St
  Fairview, NJ 07022–1304

Social Security No.:
  xxx–xx–4768

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 16, 2019</u>　　　　　　　<u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court