**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | JUNGSOOK SEO<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4768<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–12576–SLM

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   JUNGSOOK SEO
   aka MACK RAE SEO

7/16/19                                     **By the court:**   Stacey L. Meisel
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 18-12576-SLM
JUNGSOOK SEO                                                    Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Jul 16, 2019
                               Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db             JUNGSOOK SEO,    224 8th St,    Fairview, NJ   07022-1304
aty           +Friedman Vartolo, LLP,    1325 Franklin Avenue,   Ste. 230,   Garden City, NY 11530-1631
cr            +American Honda Finance Corporation, administrator,    P.O. Box 168088,   Irving, TX 75016-8088
cr            +Fay Servicing, LLC,    FRIEDMAN VARTOLO, LLP,   1325 Franklin Avenue, Suite 230,
               Garden City, NY 11530-1631
517324921      BLMDSNB,    9111 Duke Blvd,   Mason, OH   45040-8999
517430569     +Department Stores National Bank,    Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
517984497      Department Stores National Bank,    c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA 98083-0657
517464863    #+Fay Servicing, LLC,    Bankruptcy Department,   3000 Kellway Dr., Ste 150,
               Carrollton, TX 75006-3357
517324922     +Fein Such Kahn & Shepard, PC Law Firm,    7 Century Dr,   Parsippany, NJ 07054-4609
517364485     +TD Bank, N.A.,    Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
517340423     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
517324927      WILMINGTON TRUST, NATIONAL ASSOCIATION,    c/o Fay Servicing,,   3000 Kellway Dr Ste 150,
               Carrollton, TX 75006-3357
517324923      santander bank na,   PO Box 12646,    Reading, PA   19612-2646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2019 00:25:59     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2019 00:25:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517330126      EDI: HNDA.COM Jul 17 2019 03:38:00     American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
518193805      EDI: PRA.COM Jul 17 2019 03:38:00     PORFOLIO RECOVERY ASSOCIATES, LLC,    PO BOXX 41067,
               NORFOLK, VA   23541-1067
517464665      EDI: PRA.COM Jul 17 2019 03:38:00     Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
517324924      EDI: TDBANKNORTH.COM Jul 17 2019 03:38:00      TD BANK NA,   70 Gray Rd,
               Portland, ME   04105-2019
517324925      EDI: TFSR.COM Jul 17 2019 03:38:00     Toyota Motor Credit Corpo,    PO Box 9786,
               Cedar Rapids, IA   52409-0004
517324926      EDI: IRS.COM Jul 17 2019 03:38:00     US INTERNAL REVENUE SERVICE,    PO Box 804527,
               Cincinnati, OH   45280-4527
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518193806*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: AMERICAN HONDA FINANCE CORP,    NATIONAL BANKRUPTCY CENTER,
                 PO BOX 168088,   IRVING, TX 75016-8088)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 16, 2019
                              Form ID: 318             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jill Manzo    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@feinsuch.com
              John H. Anlian    on behalf of Debtor JUNGSOOK  SEO johnanlian@yahoo.com,
               G25748@notify.cincompass.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    FAY SERVICING LLC, as servicer for WILMINGTON TRUST,
               NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST
               2015-1 bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```